## L. C. FISHER v. STATE.
### No. 14908.

Court of Criminal Appeals of Texas.
Oct. 28, 1931.

Joe W. Taylor and W. E. Davidson, both of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty assessed at confinement in the penitentiary for five years.

The indictment appears regular and regularly presented. The record is before this

**1110**

court without statement of facts and bills of exception. No fundamental error has been pointed out or perceived.

The judgment is affirmed.